# United States Bankruptcy Court

For The
Western District of New York

IN RE: JAMES E CZAJKOWSKI, JR. & CHERYL A CZAJKOWSKI

818 SOUTH HUTH ROAD

CHEEKTOWAGA, NY 14225

DATE    CASE No. 1110622  K

07/15/2016    SS #1  XXX-XX-9912

SS #2  XXX-XX-0350

## MOTION TO ALLOW  ADDITIONAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous orders allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| I.C. SYSTEMS, INC. / % A. THOMAS POKELA, ATTORNEY P.O. BOX 2621 / SIOUX FALLS, SD 57101-2621 | 052 | Unsecured Pay 12.0000% | 200.37 |

Please be advised that the claim number here within refers only to the
Trustee's claim number - not to the number assigned by the Court.

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/Albert J. Mogavero

Albert J. Mogavero

## NOTICE

At  Buffalo, NY

PLEASE TAKE NOTICE that the above claim is allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

DATED:  07/22/2016

WENDY J. CHRISTOPHERSEN

403 MAIN STREET

SUITE 500

BUFFALO, NY 14203

CLERK    /s/ LISA BERTINO BEASER

CLERK OF COURT

CERTIFICATE OF MAILING

A copy of the above Motion and notice was served upon the debtor and
and his or her attorney of record by mailing a copy thereof as ordered in
envelopes on the date of said notice.

CLERK    /s/ M. Kleiman

CHAPTER 13 OFFICE